In the Matter of the Application of SCARSDALE COMPANY, Appellant, for an Order Directing the Payment by the County Treasurer of West-chester County of Money Deposited to Discharge a Certain Alleged Mechanic's Lien Filed by YERKS & COMPANY, Respondent. (Appeal No. 1.)

Appeal by the Scarsdale Company from an order of the Supreme Court, made at Special Term and entered in the office of the clerk of the county of Westchester on the 5th day of September, 1913, denying its motion to direct the county treasurer of Westchester county to pay to said Scarsdale Company the sum of $2,684.99 with interest, etc.

JENKS, P. J.: The appellant contends that it paid the money in controversy to the county treasurer by mistake on the supposition that it was required to discharge a mechanic's lien. The contention of one of the respondents is that in any event such payment in effect was an equitable assignment of certain moneys due to them perforce of an order upon the appellant by debtors of the said respondent. I think that the appellant cannot resort to proceedings by motion, but is relegated to his action. (*Lewis* v. *Cockrell*, 31 Ill. App. 476.) The county treasurer is not an officer of this court. Indeed it appears from this record that the said respondents have begun an action to determine the rights of the respective parties to this money. I advise that the order of the Special Term be affirmed, with ten dollars costs and disbursements. Burr, Thomas, Stapleton and Putnam, JJ., concurred. Order affirmed, with ten dollars costs and disbursements.